**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DARCY D. WILLIAMSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TYLER PETERS, et. al.,**<br><br>**Defendants.** | Case No. 17-205 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 14, 2017, United States Bankruptcy Judge Dale L. Somers issued a Report and Recommendation on Defendants' Motion to Withdraw Reference and For Transfer to the District Court. (Doc. 1-1). Judge Somers recommends that defendants' motion be granted as defendants timely made a demand for jury trial and did not consent to trial in bankruptcy court. No objections were filed.

The court has reviewed the Report and Recommendation and accompanying documents. Based on that review, and the fact that no objections have been filed, the court adopts the Report and Recommendation in its entirety and grants defendants' Motion to Withdraw Reference and for Transfer to the District Court. (Doc. 1-1, at 12.) The above captioned proceeding shall be transferred to this court.

**IT IS THEREFORE ORDERED** that the Report and Recommendation filed by Judge Somers (Doc. 1-1) is adopted in its entirety and the above captioned proceeding shall be transferred to this court.

Dated June 20, 2017, at Kansas City, Kansas.

s/ Carlos Murguia
**CARLOS MURGUIA
United States District Judge**

-1-